ANNA A. PARKER, Appellant, v. ALFRED JARETSKI and Others, as Executors, etc., of JOSEPH R. DE LAMAR, Deceased, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

AUGUST H. TIEMEYER, Respondent, v. MABEL K. TIEMEYER, Appellant.— Judgment affirmed. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

FERDINAND E. WIEBOLDT, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ARCHER HARMAN, as Executor, etc., of KATE LEE HARMAN, Deceased, Appellant. MARY LEE WERTHEIMER, Respondent.— Decree, so far as appealed from, affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB RADOWITZ, Appellant.— Judgment and order affirmed. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

MURRAY HOLDING COMPANY, INC., Respondent, v. GUSTAV BEYER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

TERENCE F. KEATING, Respondent, v. FIFTH AVENUE COACH CO., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISAAC ALTMAN, Appellant.— Judgment affirmed. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARLOEW AMUSEMENT COMPANY, Respondent, v. JACOB A. CANTOR and Others, as Commissioners, Appellants.— Motion for reargument denied. Motion for leave to appeal granted. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.